UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JEVARIEN Z DUNLAP,<br><br>    Plaintiff,<br><br>    v.<br><br>MULTI SERVICE CENTER SOUTH SAN FRANCISCO,<br><br>    Defendant. | Case No. 25-cv-08642-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Thomas S. Hixon, to consider whether the case is related to case number 3:25-cv-08144-TSH Dunlap v. San Francisco.

**IT IS SO ORDERED.**

Dated: October 9, 2025

                                                          LAUREL BEELER<br>
                                                          United States Magistrate Judge