UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVARIEN Z DUNLAP,<br><br>  Plaintiff,<br><br>  v.<br><br>MULTI SERVICE CENTER SOUTH SAN FRANCISCO,<br><br>  Defendant. | Case No. 25-cv-08642-TSH<br><br>**ORDER RE: SERVICE ADDRESS** |

Plaintiff Jevarien Dunlap has made no appearance in this case since October 14, 2025, and all mail sent to him has been returned as undeliverable. *See* ECF Nos. 17 (mail returned as undeliverable 10/31/2025), 18 (mail returned as undeliverable 11/5/2025), 19 (mail returned as undeliverable 11/10/2025), 21 (mail returned as undeliverable 11/25/2025).

Civil Local Rule 3-11(a) provides that "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." The Court may dismiss a complaint without prejudice when "(1) [m]ail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) [t]he Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." Civ. L.R. 3-11(b).

Accordingly, the Court advises Plaintiff that this case will likely be dismissed without prejudice if the Court does not receive a written communication from Plaintiff by December 31, 2025, indicating a current address.

**IT IS SO ORDERED.**

Dated: December 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge