1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN Z DUNLAP,

　　　　　　Plaintiff,

　　　v.

MULTI SERVICE CENTER SOUTH SAN FRANCISCO,

　　　　　　Defendant.

Case No.　25-cv-08642-TSH

**ORDER DISMISSING CASE**

　　　　Plaintiff Jevarien Dunlap has made no appearance in this case since October 14, 2025, and mail sent to him has been returned as undeliverable.  *See* ECF Nos. 17 (mail returned as undeliverable 10/31/2025), 18 (mail returned as undeliverable 11/5/2025), 19 (mail returned as undeliverable 11/10/2025), 21 (mail returned as undeliverable 11/25/2025).

　　　　Civil Local Rule 3-11(a) provides that "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address."  The Court may dismiss a complaint without prejudice when "(1) [m]ail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) [t]he Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address."  Civ. L.R. 3-11(b).

　　　　Here, Plaintiff has made no appearance since October 14, 2015, and it has been over 60 days since mail was returned as undeliverable.  Accordingly, this case is **DISMISSED**

1    **WITHOUT PREJUDICE**. [1]

2         **IT IS SO ORDERED.**

3

4    Dated: January 7, 2026

5

6    THOMAS S. HIXSON
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  ECF Nos. 6, 27.